IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL J. CRUM,

    Plaintiff,

    v.

                          Case No.  22-cv-103-wmc

CRYSTAL BROOK WOODS OWNERS
ASSOCIATION,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | April 13, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |